**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2026

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

Re: In Re: Motion to Unseal,
Docket No. 26-777

Dear Ms. Wolfe:

We represent the appellee in this matter. We write to advise the Court that we have selected November 18, 2026, as the date by which we intend to file our response brief. The appellant filed his opening brief on July 7, 2026, and the 91-day period following that filing expires on October 6, 2026. However, the Assistant U.S. Attorney who will be preparing the response brief, and who served as counsel before the district court, is scheduled to be on trial in the Eastern District of New York beginning on October 5, 2026. Accordingly, we respectfully request an additional 45 days to prepare and file our brief.

We also respectfully request permission to file, together with our brief, a supplemental appendix containing portions of the record cited in the brief that we believe would be convenient for the Court's review. Thank you in advance for your attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.,
Acting United States Attorney

By: /s/ Brooke Theodora
Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

cc: Appellant Joaquin Mario Valencia-Trujillo, by ECF and Certified Mail

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

In Re: Motion to Unseal

v.

______

**CERTIFICATE OF SERVICE***

Docket Number(s): 26-777

I, Wendell Bennett (print name), hereby certify under penalty of perjury that on August 19, 2026 (date), I served two copies of the Government's Scheduling Notification. (list all documents)

by (select all applicable)**

- [ ] Hand/Personal Delivery
- [x] United States Mail
- [ ] Federal Express or other Overnight Courier
- [ ] Commercial Carrier
- [ ] E-mail (on consent)
- [ ] Facsimile

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Joaquin Mario Valencia-Trujillo (Register No.: 02440-748) FCI OAKDALE II FEDERAL CORRECTIONAL INSTITUTION P.O. BOX 5010 OAKDALE, LA 71463 | | | | |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Aug 18, 2026
Today's Date

/s/
Signature