# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-six.

---

Joaquin Mario Valencia-Trujillo,

Plaintiff - Appellant,

v.

United States of America,

Defendant - Appellee.

---

**ORDER**

Docket No. 26-777

Counsel for the Government has filed a scheduling notification, pursuant to the Court's Local Rule 31.2, requesting an extended briefing deadline of November 20, 2026.

IT IS HEREBY ORDERED that the Government's brief must be filed on or before November 20, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and the Government will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court