# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Motion to Unseal Docket No.: 26-777

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:


Name: SUSAN CORKERY, Assistant United States Attorney

Firm: United States Attorney's Office, Eastern District of New York

Address: 271 Cadman Plaza East, Brooklyn, New York 11201

Telephone: 718-254-6286 Fax:

E-mail: Susan.Corkery@usdoj.gov


**Appearance for:** APPELLEE
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: AMY BUSA, United States Attorney's Office, Eastern District of New York)
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of : )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on OR

☐ I applied for admission on .

Signature of Counsel: /s/

Type or Print Name: SUSAN CORKERY