**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-777 — In Re: Motion to Unseal

**Motion For:** Permission to: (1) file a sealed appendix, and (2) file this motion out of time.

**Set forth below precise, complete statement of relief sought:**

The government requests permission, nunc pro tunc, to file a sealed appendix and to make this motion out of time.

**MOVING PARTY:** APPELLEE

**OPPOSING PARTY:** APPELLANT (Valencia-Trujillo)

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING PARTY:** Susan Corkery, AUSA

U.S. Attorney's Office

271-A Cadman Plaza East Brooklyn, N.Y. 11201

(718) 254-6286; Susan.Corkery@usdoj.gov

**OPPOSING PARTY:** Joaquin Mario Valencia-Trujillo, Pro se

Register No. 02440-748

FCI Oakdale II

P.O. Box 5010, Oakdale, LA 71463

Court-Judge/Agency appealed from: The Honorable Ramon E. Reyes, Jr., U.S.D.J., E.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): pro se prisoner

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/
**Susan Corkery**

**Date:** 11/16/2026 Service by: ☒ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------- x

In Re: Motion to Unseal

DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE SEALED APPENDIX AND TO FILE THIS MOTION OUT OF TIME

Docket No. 26-777

---------------------------------- x

SUSAN CORKERY hereby declares the following under 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney for the Eastern District of New York. The government is the Appellee in the above-captioned criminal appeal. I make this declaration in support of the government's motion for permission to file a sealed appendix and to make this motion out of time.

2. Appellant Joaquin Mario Valencia-Trujillo, acting pro se, has filed an appeal from district court orders denying him (1) permission to intervene and unseal documents in a closed case and (2) reconsideration.

3. In opposing Valencia-Trujillo's application to intervene and unseal, the government filed a letter under seal in district court. (DE 13).[1]

4. In its answering brief, to be filed on November 20, 2026, the government references that sealed document, which details the reasons for its opposition.

5. Accordingly, the government now respectfully requests that this Court grant it permission, nunc pro tunc, to file that document in a sealed appendix and to file this motion out of time.

6. Because he is proceeding pro se and is incarcerated, the government has not spoken with Valencia-Trujillo about this motion and is not aware of his position on the appropriateness of filing a sealed appendix.

WHEREFORE, it is respectfully requested that the Court grant the government's motion for permission to file a sealed appendix and to file this motion out of time.

---

[1] Reference to "DE" is to a district court entry in *Valencia-Trujillo v. United States*, No. 25-MC-1479 (RER) (E.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

/s/
SUSAN CORKERY
Assistant U.S. Attorney

Executed on November 16, 2026
Brooklyn, New York

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

In Re: Motion to Unseal

v.

**CERTIFICATE OF SERVICE***

Docket Number(s): 26-777

I, Wendell Bennett (print name), hereby certify under penalty of perjury that on November 18, 2026 (date), I served two copies of the Government's Motion to File Sealed Appendix.

(list all documents)

by (select all applicable)**

- [ ] Hand/Personal Delivery
- [x] United States Mail
- [ ] Federal Express or other Overnight Courier
- [ ] Commercial Carrier
- [ ] E-mail (on consent)
- [ ] Facsimile

on the following parties:

Joaquin Mario Valencia-Trujillo (Register No.: 02440-748) FCI OAKDALE II P.O. BOX 5010 OAKDALE, LA 71463

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 16, 2026
Today's Date

/s/
Signature