# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

In Re: Motion to Unseal

v.

## CERTIFICATE OF SERVICE*

Docket Number(s): 26-777

I, Wendell Bennett, hereby certify under penalty of perjury that on
(print name)

November 24, 2026, I served two copies of the Government's Sealed Appendix and unpublished cases.
(date)

(list all documents)

by (select all applicable)**

- [ ] Hand/Personal Delivery
- [x] United States Mail
- [ ] Federal Express or other Overnight Courier
- [ ] Commercial Carrier
- [ ] E-mail (on consent)
- [ ] Facsimile

on the following parties:

Joaquin Mario Valencia-Trujillo (Register No.: 02440-748) FCI OAKDALE II FEDERAL CORRECTIONAL INSTITUTION P.O. BOX 5010 OAKDALE, LA 71463

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 19, 2026
Today's Date

/s/
Signature